CRIMINAL COMPLAINT
**(Electronically Submitted)**

| | |
|---|---|
| **United States District Court** | DISTRICT of ARIZONA |
| **United States of America**<br>v.<br>**Andres Real**<br>DOB: 2004; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-05071MJ |

Complaint for a violation of Title 18, United States Code, § 554(a)

On or about June 24, 2026, in the District of Arizona, **Andres Real** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 7,000 rounds of 7.62x39 ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On June 24, 2026, at approximately 6:40 p.m., **Andres REAL** attempted to exit the United States and enter the Republic of Mexico through the Mariposa Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **REAL**, who was the driver and sole occupant of a gray Mazda 3 sedan bearing Arizona license plate KCA226. **REAL** provided a negative outbound declaration for weapons, ammunition, and currency exceeding $10,000 USD. A CBPO noticed that **REAL** was a bit shaky when being questioned. A second CBPO noticed the back of the driver and passenger seats bulged out and felt abnormally hard.

During the secondary inspection, the vehicle was scanned utilizing the Z-Portal. A certified CBPO Z-Portal operator observed anomalies in the seats, quarter panels, and spare tire well. During a subsequent search of the vehicle CBP officers discovered 44 boxes of 7.62x39 ammunition totaling 7,000 rounds.

In a post-*Miranda* statement, **REAL** admitted to knowingly attempting to cross into Mexico with ammunition from the United States. **REAL** stated he was going to get paid $500 once he crossed the ammunition into Mexico. Additionally, **REAL** stated his cousin, was the person who asked him to cross the ammunition. **REAL** stated his cousin gave him $4,000 in cash, one week prior, to purchase the ammunition in Tucson, Arizona. **REAL** stated he did this because he needed money and also stated this was his first time crossing ammunition into Mexico. **REAL** stated he purchased the ammunition at a gun shop and that he was the only person who concealed the ammunition in the vehicle.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| | |
|---|---|
| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *S. Houston* | SIGNATURE OF COMPLAINANT<br>CLAUDIA I REYES Digitally signed by CLAUDIA I REYES Date: 2026.06.25 09:30:52 -07'00'<br><br>OFFICIAL TITLE<br>HSI SA Claudia I. Reyes |

**Sworn by telephone** _x_

| | |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>Maria S. Aguilera | DATE<br>June 25, 2026 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINT CONTINUED)**

The ammunition found in **REAL's** vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **REAL** did not possess an import/export license nor present one to the CBPOs.

